FILED

2021 APR 28 PM 2:28

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Donald W. Hackett JR.
1001 S Tarkey Rd. Lot 725, Largo Florida 33771

Plaintiff

CASE NUMBER: 8:21 cv 1011 SDM-CPT

Democrat National Committee
Republican National Committee
Federal election Commission
Judge Kovocavich of Wido 1202-T-M GAJ
and Federal election Law 1971

Defendant

JRs 63786
$402.00

Donald W. Hackett jr. aka Don Hackett jr., donfromlargo.com, www.subhuman.us justpeopleare.com facebook Don Hackett jr.

1001 Starkey rd. Lot 725 Largo florida 33771

Thursdays 206pm to 3pm on tantalk1340.com radio / internet, audio video network

Versus Democrat and Republican Political parties and their Federal Election Commission

Candidate Asserts: "I am a constitutionally qualified declared candidate for President U.S.A. Democrat, arbitrarily rated www.subhuman.us by the Federal election law of 1971.

I am described in United States Constitution section 2 fifth paragraph

Democrat and Republican political parties, not described in any founding document have set forth candidate disqualification automatically, with malice and forethought.

I first declared in the spring of 1987 and every election cycle since to Democrat and Republican political parties, federal Election Commission St Petersburg times, Tampa Bay Times, Atlanta Constitution, Detroit free press.

"Don Hackett Jr. respectfully asks for recognition as Constitutionally qualified declared Candidate by the above named organizations"

Elizabeth Kovocavich, a federal judge ruled in Case No: 8:07-cv-1202-T-17- EAJ

"The Plaintiff requests no relief in the construed motion"

It is a big deal to automatically refuse political existence rights and voice to human individuals described in U.S. Constitution, bill of rights, Declaration of independence, pledge of allegiance and Gettysburg Address.

In 1971, these two private multimillion dollar bribe taking political corporations formed the federal election law of 1971, candidates are rated according to amount of funds in an incorporated political account.  By doing so, a political system based on taxation, war, manipulation and control without representation Is established.

My argument regarding wrongful qualifications for federal office is made succinctly in Pinellas County Florida case # 20-006873-FD, request that my two page document enclosed in the federal complaint.

Rather than the usual Rejection letter, issued by F.E.C., a statement by the Tampa Court, Democrat and Republican national committees be made public, "Don Hackett jr. is a Constitutionally qualified candidate for President U.S.A. Democrat and is practicing a national campaign"

All Amicus briefs filed with Supreme Court in the matter of citizens united be made part of the court record 09-14477EE be made part of the court record, and all documents filed with Tampa Federal Court since 2007 be made part of the court record.

*Donald W. Hackett JR*
*Donald W. Hackett*
*727-674-8521*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DON HACKETT, JR.,

    Plaintiff,

v.                                     Case No: 8:07-cv-1202-T-17EAJ

DEMOCRAT POLITICAL PARTY and
REPUBLICAN POLITICAL PARTY,

    Defendants.

## ORDER

Before the Court is the construed motion for declaratory judgment filed by Don Hackett, Jr. The Court **strikes** the construed motion.

This matter was filed in a case closed by order on July 11, 2007. *Order*, Doc. No. 2. The Circuit Court of Appeals dismissed Mr. Hackett's appeal for lack of jurisdiction. *Order*, Doc. No. 5. Like the initial complaint filed in 2007, the construed motion is a rambling and inartful jeremiad of complaints against the American political system. The Plaintiff requests no relief in the construed motion. The case is closed, and the Court sees no basis to reopen the matter.

In the future, in any federal court case, the Plaintiff must file a new case, and either pay the filing fee or move to proceed in forma pauperis.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida this 15th day of August, 2018.

                                                ELIZABETH A. KOVACHEVICH
                                                UNITED STATES DISTRICT JUDGE

2 pages

In the Circuit Court of the Sixth Judicial Circuit, in and for Pinellas County Florida

20-006873-FD

Sharon A Lamoureux

Vs

Donald Hackett JR

Phone 727-674-8521
No Telephone all parties in court in person

Sharon A Lamoureux a masters level psychotherapy 18 year veteran of a mental health crisis team in Springfield Massachusetts

Sharon Lamoureux petitioner says that when someone stole something from her she orderd a Hit on him. The police investigating the crime said "We heard you ordered a hit on him."

"Hit, why I don't know what you mean"

On May 21, 2020 on the way to cedar key florida for an overnite date in a motel room, she asked her daughter Cassie to take me out if she turned up missing, "Sure Mom"

"But I don't want it to be easy on him"

"I know mom, I will stretch it out and he will know prolonged hurt"

On or about June 1, on the way back to see her friend Lady Di in Sanibel, we stayed in Venice overnite and fort Meyers overnite.

She told me that she told me that her friend Anna Pugliano 413 3148977, an old woman, is her mob connected enforcer and she would order a Hit on me

On or about June 15, Sharon Lamoureux M. ed cags marriage and family therapist told me that if I h[it] her, "My friend Clark will show up, he stands 6 foot four and fills the whole door, if he shows up, y[ou] know that you will be hurt because you hurt me"

Threats against me were reported to my immediate family on my cell phone 7276748521 and 7346795810 to family group via text to 3132180311 7348126088 7337161302 7346378924

At some point, Sharon Lamoureux 4133483839 was included in my family group text

"Does this include you imagining that your feelings are hurt"

No answer

We knew each other before May 14 casually in aa meetings, this situation and feelings are accurately described in AA's fourth step. Blowing anonymity organizing aa women against against Don Hackett jr. There was no projected end of our relationship and she had me finding accomodations on Mullet Lake Michigan for the last 3 weeks of July 2021

Besides being a family therapist, Sharon is a house flipper, she wanted me to get rid of my exercise machines, move out, let her gut and rehab my domicile so she could sell it for a profit.

2 Babes  20-006873-FD  Pinellas County Florida

I was shocked that she got naked for a man and had him rub her front and back with oil, paid him $60 and a $15 tip.

When we first dated, I had just sold a sailboat for $4100. And had bank bound stacks of 50s and $100s, after about 50 days, I was down to stacks of $20s, trying to make $100 last 2 days

Sharon was afraid that I would run out of extra money and then blame her

I do not believe that her class action aa witnesses can adequately be cross examined in a telephone conference. I ask that all parties and witnesses and Testimony be present in open court

I ask that Sharon Lamoureux be submitted to tape recorded conversations with a Psychiatrist and a therapist. Determine, is she a serial killer, used to ordering "Hits"

Let her location be known at all times, if any thing unfortuanate happens to Donald Hackett jr., Sharon Lamoureux will be questioned as a primary suspect.

Sharon misrepresented MY AKA in Court pleadings donfromlargo.com Not don Largo*com
also www.SubHuman.us
Just People are.com

Don Hackett JR. arguing in Open Court Since 2007 That 2 Private multimillion dollar Bribe Taking Corporations Not Described in Constitution have No right to decide in Advance that Just People described in all Founding documents have No right to political existence rights or Voice.

Sharon Says its one Person in 1987 I Say, its a Systemic Think endemic With Federal election Law of 1971. No Longer necessary to determine influence That human individuals described, do Not Exist unless Top $$$ bribes and incorporation are Proven

